**GARY B. BERTONI, OSB #78141**
**BERTONI LAW, PC**
520 SW Yamhill Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 243-2035
Facsimile: (503) 243-6307
Email: gbertoni@gbertonilaw.com

**Attorney for Defendant**
**Michael Thomas Ragnone**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No: 11-cr-323-01-MO |
| Plaintiff, | |
| vs. | **OPPOSED EMERGENCY MOTION FOR TEMPORARY RELEASE** |
| **MICHAEL THOMAS RAGNONE ,** | **(ORAL ARGUMENT REQUESTED)** |
| Defendant. | |

Defendant, Michael Ragnone, by and through his attorney, Gary B. Bertoni, moves for temporary release from custody so he may attend his mother's funeral services on April 10, 2013, at 10:00 am, to be followed by her internment at Mt. Calvary Catholic Cemetery. This motion is based on the reasons as set forth in the Declaration of Counsel Oregon. Assistant United States Attorney Leah Bolstad was contacted and opposes this motion.

DATED this 25th day of March 2013.

s/ Gary B. Bertoni
_____
GARY B. BERTONI, OSB #781414

- 1 -    OPPOSED EMERGENCY MOTION FOR TEMPORARY RELEASE

CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECT system, which will send notification of such filing to the attorney (s) of record for the defendant.

/s/**Ryan A. Kovac**
LA to Gary B. Bertoni